UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America

    vs.                                                            Dkt. 3:17CR00263

Hector Quinones

## ORDER TO VACATE WARRANT FOR ARREST

WHEREAS, on January 28, 2022, the defendant was arrested by members of the Drug Enforcement Administration (DEA), and the Agawam Police Department in Agawam, Massachusetts.

WHEREAS, on February 1, 2022, the Probation Office, having significant concerns with the new state charges, the Court authorized the Petition for Warrant (12C) as requested by the Probation Office to serve as a detainer.

WHEREAS, on February 1, 2022, a warrant was issued.

WHEREAS, on May 5, 2022, the jurisdiction of the case was transferred to the District of Massachusetts. The District of Massachusetts has since issued their own warrant.

NOW, THEREFORE IT IS HEREBY ORDERED that the petition as submitted in this district is dismissed, and the warrant for violation of supervised release be vacated.

Dated at Hartford, Connecticut this 21st day of November, 2022.

/s/
_____
Hon. Michael P. Shea
United States District Judge